[Dordstnd] [Order Scheduling Trial–BK (No Deadlines)]

ORDERED.

**Dated: September 4, 2024**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                              Case No.
                                                                                                     3:24–bk–02526–BAJ
                                                                                                     Chapter 11

Monroe & King, P.A.
dba First Coast Criminal Defense

_____Debtor*_____/

### ORDER SCHEDULING TRIAL (VIA ZOOM)

THIS CASE came on for consideration for a hearing September 4, 2024 on the Expedited Motion to Dismiss (Document No. 26) filed by J Ellsworth Summers, Jr.. The Court is satisfied that the contested matter is now ready for a trial. Accordingly, it is

**ORDERED:**

The Court will conduct a trial on September 19, 2024, at 11:00 a.m., via zoom. Parties are directed to register at https://www.flmb.uscourts.gov/judges/burgess/.

<u>Avoid delays at Courthouse security checkpoints.</u> You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073–1 of this Court's Local Rules.

The Clerk's office is directed to serve a copy of this Order on interested parties via CM/ECF.

...

*All references to "Debtor" must include and refer to both of the debtors in a case filed jointly by two individuals.