UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

MONROE & KING, P.A.    Case No. 3:24-bk-02526
                      Chapter 11

    Debtor.
_____/

## NOTICE OF APPEARANCE AND EMAIL DESIGNATION

PLEASE TAKE NOTICE that KENNETH A. TOMCHIN of the law firm TAYLOR, DAY, GRIMM & BOYD, enters his appearance as counsel for D. SCOTT MONROE, individually. Copies of all pleadings, motions, correspondence, and other papers regarding the above captioned case are requested to be served on the undersigned:

Kenneth A. Tomchin    ktomchin@taylordaylaw.com
    katpleadings@taylordaylaw.com
    amelton@taylordaylaw.com

**TAYLOR, DAY, GRIMM & BOYD**

*/s/ Kenneth A. Tomchin*
KENNETH A. TOMCHIN
Florida Bar No: 0724955
50 North Laura Street, Suite 3500
Jacksonville, Florida 32202
(904) 356-0700 (telephone)
(904) 356-3224 (facsimile)
ktomchin@taylordaylaw.com
katpleadings@taylordaylaw.com
amelton@taylordaylaw.com
Attorney for D. Scott Monroe

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of October, 2024, I electronically filed the foregoing document with the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

    */s/ Kenneth A. Tomchin*
    Attorney