**[Dnreqfdr]** [District Notice to Appellant of Responsibilities – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                         Case No. 3:24−bk−02526−BAJ
                                                                                               Chapter 11

Monroe & King, P.A.
dba First Coast Criminal Defense

_____Debtor(s)_____/

NOTICE OF REQUIREMENT TO FILE
<u>DESIGNATION OF RECORD AND STATEMENT OF ISSUES</u>

   Pursuant to Fed. R. Bankr. P. 8009, within fourteen (14) days after the filing of the notice of appeal, the appellant shall file with the Clerk of the Bankruptcy Court:

   1. A designation of the items to be included in the record on appeal and served on the appellee.

      a. The designation of record should indicate by document number, any item to be included in the record on appeal.

      b. If you intend to designate a transcript, a Purchase Order for Transcript is available on the court's website at www.flmb.uscourts.gov. Go to Forms and click on Purchase Order for Transcript. Requests for transcripts should be directed to a certified court reporting transcription service. For further information regarding digital audio recording and/or request forms for CD copies of hearings, please visit the court's website at http://www.flmb.uscourts.gov/ and click on Courtroom Services.

   2. A statement of the issues to be presented and served on the appellee.

      DATED on December 30, 2024

                                                              FOR THE COURT
                                                              Sheryl L. Loesch , Clerk of Court

                                                              Bryan Simpson United States Courthouse
                                                              300 North Hogan Street
                                                              Suite 3−150
                                                              Jacksonville, FL 32202

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.